## LEWIS PERRY v. CAROLINA BOTTLING COMPANY.

(Filed 30 November, 1932.)

APPEAL by defendant from *Barnhill, J.,* at March Term, 1932, of IREDELL. No error.

*Grier, Grier & Joyner and E. M. Land for appellant.*
*Zeb V. Turlington and Hugh G. Mitchell for appellee.*

PER CURIAM. The controversy between the parties involves issues of fact determinable by settled principles of law, in the application of which we find no error. *Perry v. Bottling Co.,* 196 N. C., 175; *S. c., ibid.,* 690; *Broom v. Bottling Co.,* 200 N. C., 55.

No error.